■ In the Matter of the Adoption of NORMA TORRES, Also Known as NORMA FORBES, an Infant. IRVING NETCHINSKY et al., Appellants; DEPARTMENT OF WELFARE OF THE CITY OF NEW YORK et al., Respondents; CATHOLIC HOME BUREAU FOR DEPENDENT CHILDREN et al., Intervenors-Respondents.—

No opinion. In deciding this appeal we are in no way passing upon the merits of the adoption proceeding. The examination shall proceed on 10 days' written notice or on any other date mutually fixed by the parties. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.